UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-21538-CIV-LENARD/GOODMAN

PABLO MICHEL RAMIREZ GONZALEZ )
and all others similarly situated under 29 )
U.S.C. 216(B), )
 )
        Plaintiff, )
vs. )
 )
AMERICLEAN BUILDING )
MAINTENANCE, INC., )
 )
        Defendant. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Count I - Federal Overtime Claim (12/25/13-4/15/14):**
Amount of half time per hour not compensated: $3.63 (based on Federal Minimum Wage)
Weeks: 15
Overtime hours per week: 4
Total wages unpaid and liquidated damages: $217.80 X 2 = $435.60

**Count II - Federal Minimum Wage Claim/Half-Time Claim (12/25/13-4/15/14):**
Amount of minimum wage per hour not compensated: $7.25-4.55 = $2.70
Hours:  44
Weeks: 15
Total wages unpaid and liquidated damages: $1,782 X 2 = $3,564.00

**Total Claim** (expected to increase per ** and *** below)[1]: **$3,999.60**

\*Plaintiffs seek all fees and costs under the FLSA.
\*\*Plaintiffs reserve the right to seek time and one half damages for any additional completely unpaid overtime hours based on the evidence in discovery. Plaintiff reserves all rights under the Florida Constitution and Statutes.

---

[1] In addition, Defendant arbitrarily withheld $900 or 5 weeks worth of pay from Plaintiff's earning during the time period of 12/25/13-4/15/14. Plaintiff is additionally claiming the time-and-a-half overtime rate for that $900 or 5 weeks worth of pay that was arbitrarily withheld from Plaintiff, including liquidated damages.

\*\*\*Plaintiff seeks attorneys' fees, costs, liquidated damages, emotional distress and humiliation and mental anguish as well as all other damages recoverable by law under 29 U.S.C. 216(B), as to Count III of Plaintiff's Complaint (Retaliation under 29 U.S.C. 215(A)(3).

**Respectfully submitted,**

**RIVKAH F. JAFF, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: RIVKAH.JAFF@GMAIL.COM**
**F.B.N. 107511**
**BY:__/s/____Rivkah F. Jaff_____**
**RIVKAH F. JAFF, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA SAME ON 5/6/14 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:__/s/____Rivkah F. Jaff_____**
**RIVKAH F. JAFF, ESQ.**