UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-21538-CIV-LENARD/GOODMAN

PABLO MICHEL RAMIREZ GONZALEZ )
and all others similarly situated under 29 )
U.S.C. 216(B), )
                          Plaintiff, )
vs. )
AMERICLEAN BUILDING )
MAINTENANCE, INC., )
                          Defendant. )
_____)

**PLAINTIFF'S NOTICE OF REFILING AND/OR OF RELATED CASES**

**COMES NOW**, Plaintiff and all others similarly-situated (the "Plaintiffs"), by and through undersigned counsel, and pursuant to Section 2.15.00 of the Internal Operating Procedures of the Southern District, and hereby provides the above-described Plaintiff's Notice as follows:

TOLEDO v. AMERICLEAN BUILDING MAINTENANCE, INC., 14-20871-CIV-KMM.[1]

---

[1] Plaintiff files this Notice in an abundance of caution regarding notice to the Court. However, the Toledo matter was settled and closed.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**

BY: /s/ K. David Kelly_____
       **K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 6/17/14 TO:**

**ALL COUNSEL OF RECORD**

**NETALI PELES, ESQ.**
**EXECUTIVE LAW PRACTICE**
**801 BRICKELL AVENUE**
**SUITE 913**
**MIAMI, FL 33131**
**NETALI@EXECLAWPRACTICE.COM**

BY:___/s/___K. DAVID KELLY_____
       **K. DAVID KELLY, ESQ.**