UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-21538-CIV-LENARD/GOODMAN

PABLO MICHEL RAMIREZ GONZALEZ  )
and all others similarly situated under 29  )
U.S.C. 216(B),  )
  )
        Plaintiff,  )
vs.  )
  )
AMERICLEAN BUILDING  )
MAINTENANCE, INC.,  )
  )
        Defendant.  )
_____  )

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

**COMES NOW**, Plaintiff, by and through undersigned counsel, and hereby lists the following entities and/or persons who may have financial interest in the outcome of this action:

1. Plaintiff PABLO MICHEL RAMIREZ GONZALEZ;

2. Defendant AMERICLEAN BUILDING MAINTENANCE, INC.;

3. Plaintiff's counsel J.H. ZIDELL, P.A.;

4. Plaintiff's counsel J.H. ZIDELL, ESQ.;

5. Defendants' counsel including NETALI PELES, ESQ. and EXECUTIVE LAW GROUP, PL.

Respectfully submitted,

K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DAVID.KELLY38@ROCKETMAIL.COM
F.B.N. 0123870
BY: /s/  K. David Kelly_____
K. DAVID KELLY, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 6/17/14 TO:

ALL COUNSEL OF RECORD

NETALI PELES, ESQ.
EXECUTIVE LAW PRACTICE
801 BRICKELL AVENUE
SUITE 913
MIAMI, FL 33131
NETALI@EXECLAWPRACTICE.COM

BY:     /s/     K. DAVID KELLY_____
K. DAVID KELLY, ESQ.