UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-21538-Civ-Lenard/Goodman

PABLO MICHEL RAMIREZ GONZALEZ,

    Plaintiff,

v.

AMERICAN BUILDING
MAINTENANCE, INC.,

    Defendant.

_____/

**CERTIFICATION AND ORDER OF
<u>TRANSFER TO MAGISTRATE JUDGE</u>**

    The above matter comes before the undersigned Magistrate Judge following District Judge Joan A. Lenard's order of transfer to District Judge Darrin P. Gayles. The Undersigned certifies that the above-captioned case presently has no referred, fully briefed pending motions and is therefore ready to be transferred to Judge Gayles' paired Magistrate Judge. The Clerk of Court shall hereby transfer the Magistrate Judge assignment for this case to Judge Gayles' newly paired Magistrate Judge, in accordance with Administrative Order 2014-62.

    **DONE and ORDERED** in Chambers in Miami, Florida, August 7, 2014.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

    In accordance with the Local Rules and Administrative Orders for the Southern District of Florida, this cause will be reassigned to the calendar of United States Magistrate Judge _William C. Turnoff_____.

Copies of this order shall be served on all pending parties of record by notice of electronic filing and/or United States mail. All documents for filing in this case shall carry the following case number and designation: _14-21538-CIV-JAL/WCT_

BY ORDER OF the Court on _August 8_, 2014, Miami, Florida.

STEVEN M. LARIMORE
Clerk of Court

By: _[signature]_
Deputy Clerk

Copies furnished to:
All counsel of record